IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60469
Conference Calendar

_____


BABUBHAI AMARATLAL TAILOR; VARSHABEN TAILOR;
DHARUL BABUBHAI TAILOR,

                                        Petitioner,


versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.


- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A 70 801 601
A 70 801 602
A 70 801 600
- - - - - - - - - -
February 21, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

     Babubhai Tailor, Varshaben Tailor, and Dharul Babubhai
Tailor petition this court to review the Board of Immigration
Appeals' (BIA) decision denying their applications for asylum and
withholding of deportation.  The Tailors contend that the BIA
erred in rejecting Mr. Tailor's testimony as not credible, and
they argue that Mr. Tailor's testimony established a well-founded

_____

     [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

fear of persecution based upon his membership in the Hindu Liberal Party.  We have reviewed the record, the BIA's decision, and the briefs and determine that the evidence does not compel reversal of the BIA's determination.  Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

PETITION DENIED.